# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF

**WANDA H. SLATER,**
**B. BARTON SLATER, AS ASSIGNEES**
**AND REAL PARTIES IN INTEREST,**
**AND LCI EQUIPMENTS, INC., AS**
**ASSIGNOR AND NOMINAL PLAINTIFF**                               **PLAINTIFFS**

**V.**                                    **5:09CV00269 JMM**

**REPUBLIC-VANGUARD INSURANCE COMPANY**                  **DEFENDANT**


### JUDGMENT

Pursuant to the Order entered on July 7, 2010, Judgment is hereby entered in favor of the Defendant and against the Plaintiffs.  The case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of July, 2010.


_____
James M. Moody
United States District Judge